25 So.2d 174

### George B. OWENS v. STATE.

#### 4 Div. 404.

Supreme Court of Alabama.

March 7, 1946.

Alto V. Lee, III, and Jas. F. Tindell, both of Dothan, for petitioner.

Wm. N. McQueen, Atty. Gen., and Frank N. Savage, Asst. Atty. Gen., opposed.

FOSTER, Justice.

Petition of George B. Owens for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Owens v. State, 25 So. 2d 173.

Writ denied.

GARDNER, C. J., and LAWSON and STAKELY, JJ., concur.